IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JUSTIN MICHAEL KENNEDY,

    Plaintiff,

v.                                                          CV No. 20-791 CG/KRS

VERIFIED INFORMATION SERVICES, INC.,

    Defendant.

## ORDER GRANTING STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

**THIS MATTER** is before the Court on the parties' *Stipulation of Dismissal* (the "Stipulation"), (Doc. 8), filed December 29, 2020. The Court, having reviewed the Stipulation, finds it shall be **APPROVED**.

**IT IS THEREFORE ORDERED** that Plaintiff's *Complaint*, (Doc. 1), is dismissed with prejudice, without costs.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE